MICHAEL W. EMMICK, CSB No. 91446
Law Offices of Michael W. Emmick
3701 Highland Avenue, Suite 305
Manhattan Beach, CA 90266
Telephone: (310) 546-3456
Facsimile: (310) 546-3455
Email: Mike@Emmicklaw.com

Attorney for LISA M. BASSIS

# UNITED STATES DISTRICT COURT

## IN THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  CV 06-6383-DOC |
| ) | CR-99-83(A)-DOC |
| Plaintiff, ) | |
| ) | ORDER ON STIPULATION |
| v. ) | RE EXTENSION OF TIME FOR RESPONSE |
| ) | AND HEARING RE ORDER TO SHOW |
| MARIANO MARTINEZ, ) | CAUSE |
| ) | |
| Defendant. ) | |
| _____ ) | |

GOOD CAUSE HAVING BEEN SHOWN, as set forth in the Parties' Stipulation, the Court hereby orders that on June 23, 2014, Ms. Bassis's counsel, Michael W. Emmick, shall report to the Court on the status of his review and preparation of the OSC response and of the date on which the response can reasonably be filed.  That

////
////
////
////
////
////

report by Mr. Emmick shall be provided to the Court at a status conference at 8:30 am on June 23,  2014, which is the date and time previously designated for the hearing on the OSC.

      IT IS SO ORDERED.

_June 13, 2014_
DATE

*David O. Carter*
_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE


Presented By:

   /s/ Michael W. Emmick
_____
MICHAEL W. EMMICK
Counsel for LISA M. BASSIS

_____
ORDER ON STIPULATION FOR EXTENSION OF TIME
FOR RESPONSE AND HEARING RE ORDER TO SHOW CAUSE